UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No. 3:18-CR-147 Date: February 12, 2020

United States of America vs. Olivia T Floyd

**PROCEEDINGS: Sentencing Hearing.**

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| | | |
|---|---|---|
| Julie Norwood<br>**Deputy Clerk** | Rebekah Lockwood<br>**Court Reporter** | Scott Queener<br>**Probation Officer** |
| Caryn Hebets<br>**Asst. U.S. Attorney** | | James H. Varner<br>**Attorney for Defendant** |

**JUDGMENT OF THE COURT:**

- 132 Months of Imprisonment. This sentence consists of a term of 72 months as to count 1 and 60 months as to count 7, such terms to run consecutively.
- Followed by 5 Years Supervised Release
- All remaining Counts as to this defendant in this case are dismissed
- Special Assessment in the amount of $200.00. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine
- The court recommends that the defendant receive 500 hours of substance abuse treatment by the Bureau of Prisons, mental health treatment and designation to FCI Danbury
- Defendant remanded to custody

2:05 to 2:50